# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

|                                    |
|                      Plaintiff,    |

-vs-

URIEL BALENTIN BADILLO,

|                      Defendant.    |

| Case No. | 1:23-cr-02037-SAB-1 |
|          | 2:19-cr-00154-SAB-1 |

**CRIMINAL MINUTES**

**DATE:**    03/25/2026

**LOCATION:**   YAKIMA, WA

**SENTENCING AND SUPERVISED RELEASE REVOCATION HEARING**

### CHIEF JUDGE STANLEY A. BASTIAN

| Ruby Mendoza | | | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Thomas Hanlon<br>Michael Murphy | | Nicholas Marchi | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:**   Carrie Valencia & Maria Balles | | | |

[ X ]  **Open Court**              [  ]  **Chambers**              [  ]  **Telecon/Video**

Defendant present and in custody of the US Marshal.

**1:23-cr-02037-SAB-1**

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines.  Court has reviewed all of the materials submitted and presentence report.  Offense Level of 40; Criminal History Category Level 6; Guideline Recommendation: Life.

No objections to the Presentence Report.  Court accepts the calculations in the Presentence Report.

> **Recessed: 3:36 P.M.**
> **Reconvened: 3:45 P.M.**

## [ X ]   ORDER FORTHCOMING

| CONVENED:    3:32 P.M.<br>RECONVENED:  3:45 P.M. | RECESSED:    3:36 P.M.<br>ADJOURNED:   3:54 P.M. | TIME:  4 MIN.<br>9 MIN. | TOTAL TIME:  13 MIN. |
|---|---|---|---|

*USA  -vs-  Badillo*                                                                    **03/25/2026**
1:23-cr-02037-SAB-1 & 2:19-cr-00154-SAB-1                                                    Page 2
Sentencing & Supervised Release Revocation Hearing

Mr. Murphy presents argument and outlines recommendations.

Mr. Marchi presents argument and outlines recommendations.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Court sentences defendant.

**Imprisonment:**  292 months, defendant shall receive credit for time served.

**Supervised Release:** 5 years, with all the conditions recommended by U.S. Probation and the following special conditions:

1. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Special Penalty Assessment:**  $100.00

**Fine:** Waived.

Court asks if defendant waives the reading of the conditions.
    Mr. Marchi indicates defendant waives a reading of the conditions.

Waiver of Right to Appeal discussed.

**2:19-cr-154-SAB-1**

Mr. Murphy addresses the court regarding the violations in case 2:19-cr-154-SAB-1 and requests the court revoke his supervision with no further time pursuant to the sentence imposed in case 1:23-cr-2037-SAB-1.

Court GRANTS motion and revokes supervised release in case 2:19-cr-154-SAB-1. Supervised Release will be imposed in case 1:23-cr-2037-SAB-1.